`                       IN THE UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF COLORADO
                         Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00389-RPM

JOHN CLEMENCE and
JANETTE CLEMENCE, in their capacity as Parents to
JUSTIN CLEMENCE,

    Plaintiffs,
v.

UNIVERSITY OF COLORADO HEALTH SCIENCES CENTER,

    Defendants.

---

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND TO
ACCEPT CONTEMPORANEOUSLY - FILED AMENDED COMPLAINT

---

    After review of the Unopposed Motion for Leave to Amend Complaint and to Accept Contemporaneously Filed Amended Complaint, filed October 17, 2008 [11], it is

    ORDERED that the motion [11] is granted and the Amended Complaint [12] tendered is accepted and filed as of today's date.

    Dated: October 17th, 2008

                            BY THE COURT:

                            s/ Richard P. Matsch
                            _____
   .                          Richard P. Matsch, Senior District Judge