`           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
              Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00389-RPM

JOHN CLEMENCE and
JANETTE CLEMENCE, individually and in their capacity as Parents to
JUSTIN CLEMENCE,

    Plaintiffs,

v.

PAUL T. WILKES, M.D. and
UNIVERSITY OF COLORADO HEALTH SCIENCES CENTER,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

    Pursuant to the Stipulation for Dismissal with Prejudice, filed May 20, 2009 [18], it is

    ORDERED that this civil action is dismissed with prejudice and each party will pay its own attorney fees and costs.

    Dated:   May 21st, 2009

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   Richard P. Matsch, Senior District Judge